# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **RICHARD D. KNECHT, M.D.,** Defendant. | CV 15-25-BLG-SPW-TJC **ORDER** |

Before the Court is the parties' Joint Status Report and Unopposed Motion to Extend Stay. Accordingly,

IT IS HEREBY ORDERED that the stay originally granted by the Court in its June 15, 2016, Order (Doc. 20; *see also* Docs. 24, 28, 31, 33) is hereby continued to and including February 16, 2018. The parties shall file a joint status report on or before February 16, 2018.

DATED this 17th day of January, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1