FILED

MAR 20 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD D. KNECHT, M.D.,<br><br>Defendant. | CV 15-25-BLG-SPW-TJC<br><br>ORDER DISMISSING<br>WITH PREJUDICE |

Upon the United States' Unopposed Motion to Dismiss Complaint (Doc. 38), and for good cause appearing,

IT IS HEREBY ORDERED that the complaint filed in the above-captioned case is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 20th day of March, 2018.

SUSAN P. WATTERS
United States District Judge

1